**Abatement Order filed June 27, 2019**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-18-00835-CR
———————

### AMIT  DINESH PATEL, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 434th Judicial District Court
Fort Bend County, Texas
Trial Court Cause No. 13-DCR-064467**

---

## ABATEMENT ORDER

On June 12, 2019, appellant and the State filed a joint motion to abate the appeal and remand for plea negotiations. The parties state that they have reach an agreement regarding appellant's probation, which they intend to present to the trial court for approval. The parties contend appellant will dismiss the appeal if the trial court approves a punishment of "shock probation." The motion is GRANTED. The trial court is ordered to hold a hearing on the parties' agreement within 60 days from the date of this order. A hearing record and a supplemental clerk's record reflecting the trial court's judgment and any documents filed pursuant to the plea negotiations are to be filed within 15 days of that hearing.

The appeal is abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on this Court's active docket when the hearing record and supplemental clerk's record are filed with this Court. The Court will also consider an appropriate motion to reinstate the appeal filed by either party, or the Court may reinstate the appeal on its own motion.

PER CURIAM

Panel Consists of Justices Wise, Jewell, and Hassan.